UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP THOMPSON,<br><br>         Plaintiff,<br><br>vs.<br><br>SHUTTERSTOCK, INC., HEIDI GARFIELD, SARA BIRMINGHAM, ANDRE GRAHAM, and LEIA LEFAY,<br><br>         Defendants. | Civil Action No. 23-cv-04155<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Shutterstock, Inc. certifies as follows:

Shutterstock, Inc. states that it has no parent corporation. The publicly traded corporation BlackRock, Inc. owns 10% or more of Shutterstock, Inc.'s stock.

Jurisdiction in this case is not based on diversity jurisdiction under 28 U.S.C. § 1332(a).

Dated: New York, New York
    May 19, 2023

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:  */s/ Jonathan Stoler*
   Jonathan Stoler
   Lindsay C. Stone
   30 Rockefeller Plaza
   New York, New York 10112
   Tel.: (212) 653-8700
   Fax: (212) 653-8701
   jstoler@sheppardmullin.com
   lstone@sheppardmullin.com
   *Attorneys for Defendants Shutterstock, Inc.*