UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
**PHILLIP THOMPSON,**

                                                                                       **Civil Action No. 23-cv-04155**

                    **Plaintiff,**

    -against-

**SHUTTERSTOCK, INC., HEIDI GARFIELD,
SARA BIRMINGHAM, ANDRE GRAHAM, and
LEIA LEFAY,**

                    **Defendants.**
------------------------------------------------------------------------X

## NOTICE OF WITHDRWAL OF APPEARANCE

    Goddard Law PLLC, counsel for Plaintiff, hereby informs the Court that Rachel Feingold, Esq. is no longer associated with the firm, and requests that the Court withdraw the appearance of Rachel Feingold as counsel in this matter.

Dated: New York, New York
           June 13, 2024

                                                      Respectfully submitted,

                                                      GODDARD LAW PLLC
                                                      *Attorneys for Plaintiff*

                                          By: */s/ Megan S. Goddard*
                                                      Megan S. Goddard Esq.
                                                      39 Broadway, Suite 1540
                                                      New York, New York 10006
                                                      Tel: 646-964-1178
                                                      Fax: 212-208-2914
                                                      Megan@goddardlawnyc.com

cc: All Counsel of Record (via ECF)