UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PHILLIP THOMPSON,

                                     Civil Action No. 23-cv-04155

                 **Plaintiff,**

   -against-

SHUTTERSTOCK, INC., HEIDI GARFIELD,
SARA BIRMINGHAM, ANDRE GRAHAM, and
LEIA LEFAY,

                 **Defendants.**
------------------------------------------------------------------------X

## NOTICE OF WITHDRWAL OF APPEARANCE

      Goddard Law PLLC, counsel for Plaintiff, hereby informs the Court that Rachel Feingold, Esq. is no longer associated with the firm, and requests that the Court withdraw the appearance of Rachel Feingold as counsel in this matter.

Dated: New York, New York
         June 13, 2024

Application to withdraw GRANTED.

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: June 20, 2024
       New York, New York

Respectfully submitted,

GODDARD LAW PLLC
*Attorneys for Plaintiff*

By: */s/ Megan S. Goddard*

Megan S. Goddard Esq.
39 Broadway, Suite 1540
New York, New York 10006
Tel: 646-964-1178
Fax: 212-208-2914
Megan@goddardlawnyc.com

cc: All Counsel of Record (via ECF)

1