**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

**MEMO ENDORSED**

212.653.8184 direct
lstone@sheppardmullin.com

June 14, 2024

<u>VIA ECF</u>

Hon. Jessica G. L. Clarke
U.S. District Judge
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

Re: <u>*Thompson v. Shutterstock, Inc.*, No. 23-cv-04155</u>

Dear Judge Clarke:

We represent Shutterstock, Inc., Heidi Garfield, Sarah Birmingham and Andre Graham (collectively, "Defendants") in the above-referenced matter. We write to respectfully request an adjournment of the initial pretrial conference in this matter currently scheduled for July 2, 2024. This is the first request for an adjournment of the initial pretrial conference in this matter. Counsel for Plaintiff Phillip Thompson consents to this request.

An adjournment is necessary because on July 2, counsel for Defendants will be in Philadelphia preparing for a jury trial that is scheduled to begin on July 8, 2024 in the action captioned *Kami Smith v. Presidio Networked Solutions, LLC*, No. 2:22-cv-00736-JHS, which is currently pending in the U.S. District Court for the Eastern District of Pennsylvania. Counsel for the parties have conferred and identified the following mutually agreeable alternative conference dates: August 5, 7, 8, and 9, 2024.

We thank Your Honor for your time and attention to this matter.

Respectfully submitted,

/s/ Lindsay C. Stone

Lindsay C. Stone
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc: Counsel of Record

The initial pretrial conference scheduled for July 2, 2024 is ADJOURNED to **August 7, 2024 at 12:00 p.m.** in Courtroom 11B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. The joint letter and proposed case management plan, *see* ECF No. 33, is due no later than **July 31, 2024**.

Dated: June 20, 2024
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge