**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.653.8184 direct
lstone@sheppardmullin.com

February 3, 2025

**MEMO ENDORSED**

<u>VIA ECF</u>

Hon. Jessica G. L. Clarke
U.S. District Judge
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   <u>Thompson v. Shutterstock, Inc.</u>, No. 23-cv-04155

Dear Judge Clarke:

We represent Shutterstock, Inc., Heidi Garfield, Sarah Birmingham and Andre Graham (collectively, "Defendants") in the above-referenced matter. We submit this letter to respectfully request an adjournment of the case management conference presently scheduled in this matter for February 5, 2025. Counsel for Plaintiff Phillip Thompson consents to this request. This is Defendants' first request for an extension of any case management conference scheduled in this action, and there are no other appearances presently scheduled before the Court.

The reason for this request is that I, along with lead counsel Jonathan Stoler, are now required to travel out of state to attend to urgent business matters between February 4 and 6, 2025. Counsel for the parties are available to attend the conference on the following dates: February 10, March 3, and March 5-7, 2025.

We thank Your Honor for your time and attention to this matter.

Application GRANTED. The conference scheduled for February 5, 2025 is ADJOURNED to **March 3, 2025** at 12:00 p.m. in Courtroom 11B of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, New York. The Clerk of Court is directed to terminate ECF No. 55.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: February 4, 2025
        New York, New York

Respectfully submitted,

/s/ Lindsay C. Stone

Lindsay C. Stone
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP