# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

PHILLIP THOMPSON,

                Plaintiff,                              23 **CIVIL** 4155 (JGLC)

-against-                                     **JUDGMENT**

SHUTTERSTOCK, INC., HEIDI GARFIELD, SARA BIRMINGHAM, and ANDRE GRAHAM,

                Defendants.

-----------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 24, 2025, Defendants' motion for summary judgment is GRANTED. Plaintiff's claims are DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      September 24, 2025

                                                        **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                       **BY:**

                                                          **Deputy Clerk**